ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MANON;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., dba WELLS FARGO HOME MORTGAGE; and DOES 1 through 50,<br><br>Defendants. | CASE NO.: 5:16-cv-00433-CJC-DTB<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. Cormac J. Carney*] |

1    On May 4, 2016, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (erroneously sued as "Wells Fargo Bank, N.A., dba Wells Fargo Home Mortgage"), dismissing the Complaint in its entirety.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, **without** prejudice;

2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB; and

3. Plaintiff, Arthur Manon will recover nothing in this action from defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB.

DATED: May 9, 2016

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE